1114

## Lawrence EDWARDS v. STATE.
### No. 17528.

Court of Criminal Appeals of Texas.
March 20, 1935.

See, also, Ex parte Edwards (Tex. Cr. App.) 67 S.W.(2d) 308.

Carter & Carter, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of passing a forged instrument, and his punishment was assessed at confinement in the state penitentiary for a term of four years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Clarence FOSTER v. STATE.
### No. 17438.

Court of Criminal Appeals of Texas.
April 10, 1935.

Aubry Robison, of Naples, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## King James FOUNTAIN v. STATE.
### No. 17433.

Court of Criminal Appeals of Texas.
March 20, 1935.

Paul E. Parkins, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, five years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The formal parts of the record appear to be in accordance with law.

No error appearing, the judgment will be affirmed.

## Lloyd FULTON v. STATE.
### No. 17593.

Court of Criminal Appeals of Texas.
March 27, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment assessed being six years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is dismissed.